IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:21-cr-16 |
| v. ) | |
| ) | |
| DERRICK POLK ) | |

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE**
**AGAINST DERRICK POLK**

AND NOW, this 19th day of September, 2025, upon consideration of the United States' Motion and Amended Motion for Preliminary Order of Criminal Forfeiture against Derrick Polk, it is hereby ORDERED that the Motion, as amended, is GRANTED, as follows

1. All right, title and interest of Derrick Polk in the following property, further described at asset identification numbers 21-FBI-002940, 21-USP-002258, 21-USP-001681, 21-USP-001682, 21-USP-002249, 21-USP-002250, 21-USP-002251, 21-USP-002252, 21-USP-002253, 21-USP-002254, 21-USP-002255, 21-USP-002256, and 21-USP-002258, are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 982 and 21 U.S.C. §§ 853(a)(1), (a)(2), and 853(p):

  a. Breitling Super Ocean Watch, serial number 7089691;

  b. Breitling Super Ocean Watch, serial number 5077160;

  c. Rolex Cosmograph Daytona 40 Watch;

  d. Rolex Yacht-Master Watch, serial number 646W59WS;

  e. One Necklace; f. Two Bracelets;

  g. Rolex Date Just Watch, serial number 875D7669;

  h. Breitling for Bentley Watch, serial number 209867;

  i. Rolex President Watch, serial number D53P7350; and

  j. $399,000 in U.S. currency.

2.  This Order of Forfeiture against Derrick Polk will be made part of the criminal judgment against him and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. With respect to the two Necklaces and the one Bracelet referenced in the Court's Tentative Findings and Rulings, as well as the Taurus pistol, Model G3C, 9mm, serial number ABL193060, the Court will hear additional argument regarding those items at the time of sentencing. After the Court determines whether those items are subject to forfeiture, the Court will amend this Order to the extent necessary. Fed. R. Crim. P. 32.2(b)(2)(C).

4.  With respect to the government's Amendment to its Motion for Preliminary Order of Criminal Forfeiture, requesting an in personam forfeiture money judgment, the Court will hear evidence and argument regarding the amount of said in personam judgment. This Order "will be amended under Rule 32.2(e)(1) when . . . the amount of the money judgment has been calculated." Fed. R. Crim. P. 32.2(b)(2)(C)(iii).

5.  The Court will adjudicate all third-party claims.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge